```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

A.L.,                              )
                                   )
        Plaintiff                  )       No.  3:12-0491
                                   )       Judge Nixon/Brown
v.                                 )       **Jury Demand**
                                   )
JON EDWARD GREER; BARBARA LONARDI, )
                                   )
        Defendants                 )

## O R D E R

As requested by counsel a telephone conference with Magistrate Judge Joe Brown is set for **Thursday, September 19, 2013, at 3:00 a.m.** to discuss scheduling matters.

**To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

                                   /s/   Joe B. Brown
                                   JOE B. BROWN
                                   United States Magistrate Judge